UNITED STATES MARSHALS SERVICE
Western District of Virginia
AO 442 (Rev. 11/11) Arrest Warrant
Date of Receipt: Jan 06, 2023
Time of Receipt: 11:42
Received By: Daniel Heininger DUSM

Case 2:23-mj-00004-PMS   Document 6   Filed 01/10/23   Page 1 of 1   Pageid#: 10
2084-0106-0669-J
FID: 9738076

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>Jamie Lynn JOHNSON<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:23mj 4 |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jamie Lynn JOHNSON

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846 and 841(b)(1)(A), Knowingly and intentionally conspiring to distribute and possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.
21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), Knowingly and intentionally distribute 50 grams or more of methamphetamine, a Schedule II controlled substance
18 U.S.C. § 922(g)(1), Possession of a firearm after having been convicted of a felony.

Date: 1/6/23

*Issuing officer's signature*

City and state:   Abingdon, Virginia

Pamela Meade Sargent, USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)* JAN 06, 2023, and the person was arrested on *(date)* JAN 10, 2023
at *(city and state)*   W/VA Coeburn, VA

Date:   JAN 10, 2023

Anthony Johnson DUSM
*Arresting officer's signature*

Anthony Johnson DUSM  for ATF SA TEMM
*Printed name and title*